**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

KAIRAT KUDUSOV, )
)
                Petitioner, )
)
-vs- )     NO. CIV-26-0132-HE
)
SCARLET GRANT, et al., )
)
                Respondents. )

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241 is granted in part.

**IT IS SO ORDERED**.

Dated this 11th day of March, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE